IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DEWAYNE ANDERSON,** **AIS #156270,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0473-CG-N |
| **GOVERNOR ROBERT BENTLEY, et al.,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of September, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE