IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DEWAYNE ANDERSON,** **AIS #156270,** | : |
| | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0473-CG-N |
| | : |
| **GOVERNOR ROBERT BENTLEY, et al.,** | : |
| Defendants. | : |
| | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 24th day of September, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE